UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JERRY EMERY DE LA CRUZ, AARON HUNTER-EL, | ) ) ) | No. CV 15-17-GHK (AGR) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| C. CALLAHAN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: February 6, 2015

_____
GEORGE H. KING
United States District Judge